NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CORY CORNELIUS COY, DOC# T14265,  )
                                   )
            Appellant,             )
                                   )
v.                                 )        Case No. 2D17-3489
                                   )
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
_____ )

Opinion filed May 16, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco, Judge.

Cory Cornelius Coy, pro se.


PER CURIAM.

            Affirmed.


NORTHCUTT, SALARIO, and ATKINSON, JJ., Concur.